UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SCANNED at and Emailed
12·5·22 by CL . 10 pages
date    initials    No.

| | |
|---|---|
| Mr Richard R.Quint | : |
| V. | : Docket;3:21CV01695(VAB) |
| Angel Quiros,Commissioner | : |
| Robert Martin Warden | : |
| Lt.Hacket | : Dated: Dec.2nd, 2022 |
| C/O Spieght | : |
| Dr Rader | : Verified Complaint |
| Nurse Kara Philips,Supervisor | : |
| Nurse Jesse Jusseaume | : |
| Nurse Tracy Patterson | : Request for Damages |
| Lt Pierson | : |
| Colleen Gallager | : |
| Counsler Ms King | : Jury Demand |
| Warden McClenden | : |
| Dr Blumberg | : |
| Nurse Erica | : |
| Nurse Tanisha | : |
| Nurse Baladini | : |
| Lt Goldman | : |
| Nurse Jacksen | : |
| Nurse Shaniqua Parker | : |
| Nurse Stephanie | : |
| APRN Elizabeth | : |

Pg.1

## I. Introduction

1. This is a civil rights actio brought under 42 U.S.C.§ 1983 for acts under color of state law for violations of the plaintiff rights for violations of the 1st,5th,8th,and 14 amendments to the U.S.C.A. .Further violations of th Constitution of the State of Connecticut article first Sec.1,Sec.8,Sec.9,and Sec.20

## II. Jurisdiction

2. Jurisdiction of this Court in invoked pursuant to 28U.S.C. §1331 that this is a civil action arising under the Constitution of the United States.

3. Jurisdiction of the Court is invoked pursuant to 28U.S.C. §1343(a)(3) in that this action seeks to redress the deprivation under color of state law,of rights secured by Acts of Congress providing for equal rights of persons within the jurisdiction of the United States.

4. The Court has supplemental jurisdiction over Plaintiffs State law tort claims under 28U.S.C.§1367.

## III. Defendants

1. Defendant Angel Quiros,is at all times mentioned herein the commissioner of corrections,he is liable for all that occurs within the department of corrections.

2. Defendant Robert Martin,is at all times mentioned herein the warden at corrigan correctional,he liable for all that occurs at corrigan c.i..

3. Lt.Hacket,at all times mentioned herein is a Lt at corrigan c.i.,in charge of A-Pod at corrigan c.i..he is liable for all of his actions in corrigan c.i.

4. C/O Spieght is a correctional officer employed at corrigan

he is liable for all his actions while employed at corigan c.i.

5. Dr Rader is a medical Doctor employed by the department of corrections to treat prisoners, he is liable for his actions while employed by the department of corrections.

6. Nurse Kara Philips, is at all times mentioned herein the medical supervisor employed by the dept. of corrections at corigan c.i. she is liable for her actions .

7. Nurse Jesse Jusseaume, is at all times mentioned herein a nurse employed at corigion c.i., she is liable for her actions.

8. Nurse Tracy Patterson ,at all times mentioned herein a nurse employed at corrigan c.i., she is liable for her actions.

9. Lt.Pierson, is at all times mentioned herein the Amricans with Dissabilities Act. coordinator at corrigan c.i. he is liable for his actions.

10. Colleen Gallager, at all times mentioned herein is the A.D.A coordinater for the department of corrections, she is liable for her actions.

11. Counsler Ms King, is at all times mentioned here in a counsler at corigan c.i. assigned as media review officer and counsler for F-Pod at corrigan c.i. , she is liable for her actions.

12. Warden McClendon, is at all times mentioned herein the warden at Bridgeort Correctional Center,(BCC)she is liable for all that occurs at BCC.

13. Dr Blumberg is,at all times mentioned herein a Doctor in the employment of the D.O.C. employed at BCC for the treatment of prisoners at BCC, She is liable for her actions.

14.Nurse Erica,at all times mentioned here in is a nurse employed at BCC.she is liable for her actions.

15.Nurse Tanisha ,at all times mentioned herein is a nurse employed at BCC,she is liable for her actions.

16.Nurse Baladini,at all times mentioned herein is a nurse employed at BCC,she is liable for her actions.

17.Lt.Goldman at all times mentioned herein is a Lieutenant employed at BCC,he is liable for his actions.

18.Nurse Jackson,at all times mentioned herein a Nurseat New Haven Correctional Center(NHCC).she is liable for her actions

19.Nurse Shaniqua Parker,is at all times mentioned herein a nurse at NHCC.she is liable for her actions.

20.Nurse stephanie,is at all times mentioned herein a nurse at NHCC,she is liable for her actions.

21.APRN Elizabeth.is at all times mentioned herein a APRN at BCC,she is liable for her actions.

## IV.Facts

1.The plaintiff was hit by a pickup truck crushing the front of his pelvis and causing signifacant other injuries.

2.On January 22nd,2021 the plaintiff was placed in the custody of Angel Quiros,Commiissioner of corrections.

3.At this time he was housed at BCC,where he was issued a ergonomical cane to walk with.

4.On March 18th,2021 the Plaintiff was transfered to Corigan C.I.(CCI).He came to CCI with the ergonomical cane issued at BCC he needed to walk with.

5.

5. On July 25th, 2021 the Plaintiff requested a new rubber tip for his cane as the old one wore out, the metal of the cane was coming through the tip causing the cane to slip and become dangerous The plaintiff had fallen prior to this with improper cane. so he requested a new tip from Nurse Tracy Patterson in the morning of July 25th, 21, when she brought him his morning medications. The plaintiff showed her her how metal had worn through and explained to her he was afraid of falling again. At this time nurse patterson said she would be back to get cane to replace the tip.

6. C/O Spieght came to cell to tell plaintiff medical was coming to get cane. The plaintiff told C/O Spieght cane was by cell door. C/O Spieght looked at cane then left cell, he came back a few minutes later, telling the plaintiff his cane was contraband. he then confiscated the ple plaintiffs ergonomical cane.

7. The plaintiff was unable to leave his cell for 200 days. Due to Dr Rader, Kara Philips, nurse jesse Jesseaume and Lt. Hacket ordering the Plaintiff to use the wooden cane, that the plaintiff had fallen with previously and was traumatized by. telling him it would be the only thing they would give him, Traumitizing the plaintiff further. By there total ly being delibertely indeferant to the plaintiffs serious medical needs. Being neglgent to the fact that the plaintiffs legs continuedto become more lethargic and atrophy setting in causing the plaintiffs condition to worsen.

Pg.5

0] [0ea2e49bae9fd1e39b7c22bb936bfe9385459e931900ea218a0f78535732cb89d14d391950bbf5c8c5a52f3c904f3e3e43c0e48ed64f37199268863cb6d79004]]

8. The plaintiff finaly saw Dr Maletz the orthopedic Doctor on 1/7/22, who diagnosee him and ordered wheel chair for him, which he was only provided with to go to court.

9. On 2/10/22 the plaintiff was transfered to BCC where he had wheel chair he was transfered with taken by nurse Tanisha.

10. The plaintiff was transfered to BCC in a attempt to make issues and injections he was asking for at CCI moot, to harrass him for bringing this action. As his living conditions at BCC where a co,plete hardship to the normal conditions of general population at CCI.

11. Dr Blumberg And APRN Elizabeth discontiued the plaintiffs pain medications he needs to be able to move. imobilizing the plaintiff.

12. The plaintiff fell down 3 times hitting his head. the plaintiff was refusing ant care by medical at BCC at this time as they kept asking how his hips were when there is nothing wrong with them. When the plaintiff had picture of X-Ray showing damage to his pelvis in window of cell for them to see. the plaintiff was asking to go to outside hospital after he fell for the third time. As Nurse Tanisha, Nurse Erica And nurse Baladini, were all refusing him proper treatment.

13. Then in a attempt too keep the Plaintiff from getting proper care from hospital, nurse Baldini gave plaintiff Disciplinary Report for threatening her to prevent the plaintiff from being brought to the hospital for care. The Plaintiff was then put in a strip cell by Lt Goldman and denied any kind of medical care for falling. Traumitizing the Plaintiff even Further.

0] [36cbe6aaa6c16c4119db74bd666d9add123a689bbf8e8ccbfd7940dd169a7600194ad74ba31e95103573f29874abc0757df717e3a2b7b6b400d49abeb621564f]]

14. Then the plaintiff was transfered to New Haven Correctional center(NHCC)on 4/11/22. he was given wheel chair leaving BCC which was taken from him by nurse Jackson upon arrival NHCC.

15. The plaintiff finaly got to see DR MAletz again. Who re-instated the his pain medication and ordered him wheelchair once again.

16. The plaintiff was harrassed by Nurse Jackson Nurse Shanique Parker and Nurse Stephanie, By abusing Dr Maletz order for pain meds 3 times a day. By refusing to give it to him upon requst or at all causing the plaintiff to suffer in severe pain all the time being deliberetly indifferrant to the plaintiffs serious medical needs.

17. The plaintiff was transfered back to CCI on 5/17/22. Dr Rader And Nursing supervisor Kara Philips are not allowing the plaintiff to see Dr Maletz for follow up so he can get proper care.

18. On 9/13/21 Dr Rader increased the plaintiffs medication from twice a day to 3 times a day. Then the plaintiff went to court on 9/17/21 and Dr Cory Freston the acting medical director for the D.O.C. increased his meds from 5mg oxycodone to 10 mg which Dr Rader and Kara Philips claims was not done by Dr freston they refuse to increase the plaintiffs medication. this is causing the plaintiff to have to live in constant pain not to be ableto move properly due to severe acute pain when he does.

19. The plaintiff has put in request for reasonable accomodations to ADA coordinator Lt Pierson whorefuses to have the plaintiff provided with the following reasonable accomodations:

0] [93776f7edf4955a6b28da981d78194f29ca842d1dc7ab9c64af5253da548cff6669cb6accbdcda2c617a2aa08ff55ae767e35694b1023535708d5e18afcb9043]]

1.That medication is brought to plaintiff in afternoons.

2.that the plaintiff recieve a derby pinacle medical mattress. to relive the pressure on the implants in his back.As medical mattress that has been provided to hard and causes acute pain to the plaintiffs back.

20.The plaintiff has also written ADA coordinator Colleen Gallager and appealled the refusals by Lt Pierson to her. she also chooses to deny the plaintiffs request for reasonable accomodations.

Telling the plaintiff he can have foam mattress provided by facility to everyone if he does not like the medical mattress provided .That nurses are not to bring him his medications in afternoons as they do in morning and at night .because no order for this .when the Plaintiff keeps informing Dr Rader And Kara Philips it causes him to much painto roll up to medical daily. As the movements of his arms make the implnts holding his pelvis to his sacrum to cause severe acute pain.so he needs his meds brought in the afternoons.

But both ADA coordinators Lt pierson at faclity level and Colleen Gallager at District level choose to refuse the plaintiff request for reasonable accomadations.traumitizing the plaintiff further.

21.Do to the actions of all of the defendants combined the the Plaintiffs condition has deteriated so that he has gone from walking with a cane to being back in a wheelchair.

0] [bd36c56f2e24db0ea1a039b634247701f22fb995bc9c7324a95563c38ffc8be1bb96621caeb104a6b5965f43071a5cdc9f1a33de77cc7bb49b11f90c84374e83]]

22. Do to allof the defendantsactions of deliberatly being indifferant to the plaintiffs seriuos medical needs.Of needeing sufficent pain medication,proper medical mattressand physical therapy the plaintiffs condition continues to deteriate. Physical,Psychologicaly,Mentaly and Emotionaly traumatizing the plaintiff for 2 years now .

23. The plaintiff tried to order the jailhouse lawyers manual from columbia school of law,human rights law review.In A attempt to recieve help filing this case,to recieve updated case law in support of this case to help him when filing memorandum of law As the law library at CCI is closed to inmates due to allgedly not having a librarian.

24. The media review panel counsler MsKing,denied the jail house lawyers manuel for allegedly weighing over 4 1/2 lbs.though they did not show proof of what the book actually weighed. denying the plaintiffs first amendment rights to freedom of speach.

### V.Damages

1. A preliminary and permanant injuction enjoining the defendants to provide the Plaintiff with 10Mg oxycodone 3 times a day for pain.To provide the Plaintiff with a Derby Pinacle mattress #G603075.  And physical therapy.

2. A declaratory judgement that the acts of the defendants violated the Plaintiffs Constitutional Rights.

Pg.9

neopost
11/22/2022
US POSTAGE $000.49


ZIP 06066
041L12204467

CLERK, SUPERIOR COURT
JUDICIAL DISTRICT OF TOLLAND
20 PARK STREET
ROCKVILLE, CT 06066

F122

RICHARD QUINT #123433
CORRIGAN - RADGOWSKI C.I.
986 NORWICH-NEW LONDON TPKE
UNCASVILLE, CT 06382

075   JAB2AAB 06382

3. Punitive damages of $1,000,000.00 dollars from each and every defendant to hold them accountable for thier actions.

4 Compensatory damages of $5,000,000.00 dollars from each and every one of the defendants for phyisical.psychological,mental and emotional damages to the plaintiff.

5. Nominal damages of $1.00 dollar.

6. All costs of incarceration.

7. All court costs and fees.

8. All attorney fees.

9. What ever else this court deemd just and equitable.

Dated; 12/2/22

Respectfully Submitted

Mr Richard R. Quint #123433

Corrigan C.I.
986 norwich newlondon Tpk
Uncasville, Ct. 06382

In Propria Personam

The foregoing complaint is true to the best of my belief and knowledge.

Dated: 12/2/22

12-2-2022

NOTARY PUBLIC

NOTARY PUBLIC
MICHAEL T. LYLE
My Commission Expires 10/31/2023

Pg.10



CLERK, SUPERIOR COURT
JUDICIAL DISTRICT OF TOLLAND
20 PARK STREET
ROCKVILLE, CT 06066

RICHARD QUINT #123433
CORRIGAN - RADGOWSKI C.I.
986 NORWICH-NEW LONDON TPKE
UNCASVILLE, CT 06382

F122